# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 29, 2015

## NO. 03-15-00054-CR

**Vincent Alonzo Corson, Appellant**

**v.**

**The State of Texas, Appellee**

### APPEAL FROM 426TH DISTRICT COURT OF BELL COUNTY
### BEFORE JUSTICES PURYEAR, PEMBERTON, AND BOURLAND
### AFFIRMED -- OPINION BY JUSTICE PEMBERTON

This is an appeal from the judgment adjudicating guilt signed by the district court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's judgment adjudicating guilt. Therefore, the Court affirms the district court's judgment adjudicating guilt. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.